IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DON HARRIS** by and through his mother, Lisa Jorgensen, individually, and on behalf of a class, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 12 C 7105 |
| vs. | )<br>) Judge James B. Zagel |
| **JULIE HAMOS,** in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | )<br>) Magistrate Judge Michael T. Mason<br>) |
| Defendant. | ) |

### STIPULATION TO DISMISS

NOW COME the Plaintiff, DON HARRIS, by his mother LISA JORGENSEN, by his attorney, ROBERT H. FARLEY, and the Defendant, JULIE HAMOS, Director, Illinois Department of Healthcare and Family Services, by her attorney, LISA MADIGAN, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendant agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

AGREED:

_____
ROBERT H. FARLEY
1115 S. WASHINGTON ST., STE. 201
Naperville, IL 60540
(630) 369-0103
Counsel for Plaintiff

Date: 04/28/2014

_____
KAREN KONIECZNY, AAG
JOHN E. HUSTON, SR. AAG
160 N. LaSalle St., Ste. N-1000
Chicago, Illinois 60601
(312) 793-2380
Counsel for Defendant

Date: April 29, 2014

## CERTIFICATE OF SERVICE

JOHN E. HUSTON, one of the attorneys of record for Defendant, hereby certifies that on April 29, 2014, he caused a copy of the **STIPULATION TO DISMISS** to be served by the Court's ECF/electronic mailing system upon ECF filing users, and that I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.


*/s/ John E. Huston*_____