UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Don Harris
                Plaintiff,

v.                                      Case No.: 1:12–cv–07105
                                      Honorable James B. Zagel

Julie Hamos
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2014:

        MINUTE entry before the Honorable James B. Zagel: Pursuant to the parties' Stipulation to Dismiss [40], this matter is dismissed with prejudice and without leave to reinstate. Status hearing set for 5/15/14 is stricken. Any pending motions are moot. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.